# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| JAY J. BAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-00093-TSE-JFA |
| | ) |
| ERIC H. HOLDER JR., ATTORNEY | ) |
| GENERAL, DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Eric H. Holder, Jr., in his official capacity as Attorney General of the United States, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment (Doc. 159) in favor of Plaintiff and against Defendant, entered in this action on October 7, 2014; the Order (Doc. 157) on remedy and damages, entered in this action on October 3, 2014; the Order (Doc. 126) granting partial summary judgment to Plaintiff and denying summary judgment to Defendant, entered in this action on June 10, 2014; and from all previous rulings in this action, including the Order (Doc. 94) denying Defendant's motion to dismiss or for summary judgment, entered in this action on September 27, 2013.

Dated:  December 4, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

DANA J. BOENTE
United States Attorney

RACHEL J. HINES
Assistant Branch Director

        */s/ Christopher R. Hall*
CHRISTOPHER R. HALL (pro hac vice)
ERIC B. BECKENHAUER (pro hac vice)
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7132
Washington, DC 20530
Telephone: (202) 514-4778
Facsimile: (202) 616-8470
E-mail: christopher.hall@usdoj.gov

        */s/ Dennis C. Barghaan, Jr.*
DENNIS C. BARGHAAN, JR.
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA  22314
Telephone: (703) 299-3891
Facsimile: (703) 299-3983
E-mail: dennis.barghaan@usdoj.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on December 4, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Michelle Reese Andrew
Andrew Law Group LLC.
407 Central Avenue
Wilmette, IL 60091
E-mail: michelle@andrewlawgroup.com

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St
Alexandria, VA 22314
E-mail: craig.reilly@ccreillylaw.com

Paul K. Vickery
Niro, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602
E-mail: vickrey@nshn.com

          /s/
DENNIS C. BARGHAAN, JR.
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA  22314
Telephone: (703) 299-3891
Facsimile: (703) 299-3983
E-mail: dennis.barghaan@usdoj.gov