UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2323
(1:13-00093-TSE-JFA)
_____

JAY J. BAUER,

    Plaintiff – Appellee,

v.

ERIC H. HOLDER, JR., Attorney General, Department of Justice,

    Defendant – Appellant.

_____

CORRECTED ORDER
_____

Upon consideration of submissions relative to appellant's emergency motion for stay pending appeal, the court grants the motion and stays the district court's injunction pending resolution of this appeal.

Entered at the direction of the panel: Chief Judge Traxler, Judge Motz, and Judge King.

        For the Court

        /s/ Patricia S. Connor, Clerk